ANN-MARTHA ANDREWS
Nevada Bar No. 7585
LEWIS AND ROCA LLP
KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
Suite 600
3993 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant Standard Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, an Oregon corporation; WESTERN INSURANCE SPECIALTIES, INC., a Nevada corporation; TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC, a Delaware limited liability company; VALIC RETIREMEMNT SERVICES COMPANY, a Texas corporation, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:07-CV-491-GMN-GWF<br><br>**JOINT MOTION RE: 120-DAY TIME PERIOD TO LOCATE/SERVE SAMANTHA M. THOMAS** |

|   |   |
|---|---|
| 1 | STANDARD INSURANCE COMPANY, |
| 2 | an Oregon corporation, |
| 3 | Counterclaimant, |
| 4 | vs. |
| 5 | STEPHANIE THOMAS and SAMANTHA MARY THOMAS, |
| 6 | |
| 7 | Counterdefendants. |

Defendant Standard Insurance Company submits this motion pursuant to the Status Report filed October 25, 2010 (Dkt. 39) and the Court's October 27, 2010 Order (Dkt. 40).

Standard Insurance Company deposited proceeds of two life insurance policies, totaling $263,089.88, with this Court on August 7, 2008. Plaintiff Stephanie Thomas, who is the primary beneficiary under the policies, pled guilty to Second Degree Murder of the insured decedent, Lawrence Thomas, on August 27, 2010.

Per a conversation on October 25, 2010, between counsel for Standard and counsel for Stephanie Thomas, Stephanie Thomas now acknowledges that applicable law precludes payment of the death benefits to her. Stephanie Thomas further has indicated that she will disclaim her rights as primary beneficiary under the policies in favor of Samantha M. Thomas, who is the contingent beneficiary designated in the policy documents. She is the daughter of Stephanie Thomas and the deceased.

Samantha M. Thomas has not yet been served in this action. At the outset of the interpleader litigation, Standard filed a motion for appointment of a guardian ad litem, as Samantha M. Thomas was a minor at that time. Decision on that motion was stayed, as was the entire case, pending resolution of the criminal case against Stephanie Thomas. Upon information and belief, Samantha M. Thomas has now reached the age of majority.

To resolve the interpleader action and to assist the Court in disbursing the interpled funds to the contingent beneficiary, Samantha M. Thomas must be served with process and

1  appear. Accordingly, to bring Samantha M. Thomas before the Court, Standard requests
2  120 days in which to locate and serve Samantha M. Thomas.
3        RESPECTFULLY SUBMITTED this 27th day of October, 2010.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | LEWIS AND ROCA LLP |
|---|---|
| BY:  /s/ *Roger P. Croteau* | BY: /s/ A*nn-Martha Andrews* |
|    ROGER P. CROTEAU |    ANN-MARTHA ANDREWS |
|    Nevada Bar No. 4958 |    Nevada Bar No. 7585 |
|    TIMOTHY E. RHODA |    KRISTINA N. HOLMSTROM |
|    Nevada Bar No. 7878 |    Nevada Bar No. 10086 |
|    720 South Fourth Street |    3993 Howard Hughes Parkway |
|    Suite 202 |    Suite 600 |
|    Las Vegas, Nevada 89101 |    Las Vegas, Nevada 89169 |
| Attorneys for Stephanie Thomas | Attorneys for Defendant and Counterclaimant Standard Insurance Company |

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  October 28, 2010