# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHANIE THOMAS,

                Plaintiff,

vs.

STANDARD INSURANCE COMPANY, et al.,

                Defendants.

Case No.   2:07-cv-00491-RCJ-GWF

**ORDER**

        The Court stayed this action on July 27, 2007 after a notice of bankruptcy was filed.  (*See* #16).  On July 18, 2008, the Court extended this stay while Plaintiff's state criminal case is pending.  (#21).  In a joint status report on October 25, 2010, the parties informed the Court that Plaintiff pled guilty in her state criminal case on August 27, 2010.  (#39).  As Plaintiff's state criminal case is closed, the Court will lift the stay and allow this action to proceed.  Accordingly,

        **IT IS HEREBY ORDERED** that the Court's previously ordered Stay of this case is **lifted**.

        DATED this 10th day of January, 2011.

                                                  _____
                                                  GEORGE FOLEY, JR.
                                                  United States Magistrate Judge