# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEPHANIE THOMAS,

      Plaintiff,      Case No.  2:07-cv-00491-GMN-GWF

vs.             **ORDER**

STANDARD INSURANCE COMPANY, et al.,

      Defendants.

  This matter is before the Court on the Defendant's Motion to Withdraw (#53) withdrawing its Motion to Appoint Attorney ad Litem (#19) as moot.  Accordingly,

  **IT IS ORDERED** that Defendant's Motion to Withdraw (#53) is **granted.**  Defendant/Counterclaimant Standard Insurance Company's Motion to Appoint Attorney ad Litem (#19) is **withdrawn** as moot.

  **IT IS FURTHER ORDERED** that the hearing set for Tuesday, February 15, 2011 at 10:30 a.m. is **vacated**.

  DATED this 14th day of February, 2011.

                       _____
                       GEORGE FOLEY, JR.
                       United States Magistrate Judge