# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHANIE THOMAS,                          )
                             )
                   Plaintiff,   )      Case No.   2:07-cv-00491-GMN-GWF
                             )
vs.                            )      **ORDER**
                             )
STANDARD INSURANCE COMPANY, et al.,   )
                             )
                 Defendants.   )
_____)

     **IT IS HEREBY ORDERED** that unless a stipulation or motion to dismiss is filed before **Friday**, **March 18, 2011**, the parties shall appear for a status hearing before the undersigned magistrate judge on **Monday, March 21, 2011** at **2:30 p.m.** in LV Courtroom 3A.

     DATED this 9th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge