1

ANN-MARTHA ANDREWS
Nevada Bar No. 7585

2

AAndrews@LRLaw.com

3

LEWIS AND ROCA LLP
KRISTINA N. HOLMSTROM

4

Nevada Bar No. 10086
KHolmstrom@LRLaw.com

5

3993 Howard Hughes Parkway

6

Suite 600
Las Vegas, Nevada  89169

7

(702) 949-8200

8

(702) 949-8398 (fax)

9

Attorneys for Defendant and Counterclaimant
Standard Insurance Company

10

11

UNITED STATES DISTRICT COURT

12

DISTRICT OF NEVADA

13

STEPHANIE THOMAS, an individual,

14

Plaintiff,

15

vs.

16

17

STANDARD INSURANCE COMPANY,
an Oregon corporation; WESTERN

18

INSURANCE SPECIALTIES, INC., a
Nevada corporation; TIAA-CREF

19

INDIVIDUAL AND INSTITUTIONAL
SERVICES, LLC, a Delaware limited

20

liability company; VALIC RETIREMENT

21

SERVICES COMPANY, a Texas
corporation, and DOES I-X, and ROE

22

CORPORATIONS I-X, inclusive,

23

Defendants.

24

25

STANDARD INSURANCE COMPANY,

26

an Oregon corporation,

27

Counterclaimant,

28

Case No. 2:07-cv-00491-GMN-GWF

**ORDER**

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109

-1-

2404829.1

1    vs.

2    STEPHANIE THOMAS and SAMANTHA
     MARY THOMAS,
3
                    Counterdefendants.
4

5    _____

6    TEACHERS INSURANCE AND
     ANNUITY ASSOCIATION OF
7    AMERICA COLLETE RETIREMENT
     EQUITY FUND,
8
                    Counterclaimant.
9

10                  vs.

11   STEPHANIE THOMAS, an individual,

12                  Counterdefendant.

13   _____

14          Pursuant to the Court's June 16, 2011 Minute Order and good cause appearing,

15          **IT IS HEREBY ORDERED** that Counterclaimant Standard Insurance Company

16   attorney's fees in the amount of **$12,091.75** are hereby GRANTED.

17          **IT IS ALSO ORDERED** that payment shall be made out of the fund deposited by

18   Standard Insurance Company on August 7, 2008 (*see* Dkt. 25), in a check made payable to

19   Standard Insurance Company, and mailed to Standard Insurance Company's attorney,

20   Kristina N. Holmstrom (address above).

21          **DATED** this 22nd day of June, 2011.

22

23   _____

24   Gloria M. Navarro
     United States District Judge
25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109

-2-

2404829.1