# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Stephanie Thomas

             Plaintiff,

V.

Standard Insurance Company et al

             Defendants.

JUDGMENT for Attorneys Fees

Case Number: 2:07-CV-0491 GMN-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Awarding Attorneys' Fees and Costs. Plaintiffs counsel, Roger Croteau and Tim Rhoda are jointly and severally liable for the attorneys fees incurred by Defendants Standard Insurance Company and VALIC Retirement Services Plan. Defendant Standard Insurance Company is awarded attorneys fees in the amount of $5,042.65. Defendant VALIC Retirement Services Plan is awarded attorneys fees in the amount of $8,329.00 and costs in the amount of $139.90.

| | |
|---|---|
| August 25, 2011 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |